UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Terry McRunnel, | ) Case No. 2:22-CV-00004-JCM-VCF |
| | ) |
| Plaintiff, | ) [Proposed] Order Granting Joint |
| | ) Stipulation for Extension of Time to |
| vs. | ) Respond to Complaint |
| | ) |
| Aargon, Inc.; Allied Collection Services, Inc.; Bank of Hawaii; CAC Financial; Corelogic; Credco; Factor Trust; Fox Collection Center; Medical Data Systems Inc.; Paragon Revenue Group, Phoenix Financial Services, and Plus Four, Inc., | ) |
| | ) Current Response Date: Jan. 10, 2022 |
| | ) New Response Date: Jan. 18, 2022 |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED:

Defendant shall have an extension of time to and including January 18, 2022, to respond to the Complaint.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

1-10-2022
DATED _____

Joint Stipulation for Extension of Time

1