Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:    (619) 758-1891
Fax:    (877) 334-0661
E-mail jschultz@sessions.legal
*Attorney for Defendant Phoenix Financial Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Terry McRunnel, | Case No. 2:22-CV-00004-JCM-VCF |
| Plaintiff, | Joint Stipulation for Extension of Time to Respond to Complaint |
| vs. | |
| Aargon, Inc.; Allied Collection Services, Inc.; Bank of Hawaii; CAC Financial; Corelogic; Credco; Factor Trust; Fox Collection Center; Medical Data Systems Inc.; Paragon Revenue Group, Phoenix Financial Services, and Plus Four, Inc., | Current Response Date: Jan. 10, 2022<br>New Response Date: Jan. 18, 2022 |
| Defendants. | |

It is hereby stipulated by Plaintiff Terry McRunnel and Defendant Phoenix Financial Services, LLC ("PFS"), through undersigned counsel, that PFS may have an extension of time to respond to the Complaint from January 10, 2022, through and until January 18, 2022.  This stipulation is made with respect to the following:

1.	Plaintiff filed this action on November 16, 2021 in the Clark County, Eighth Judicial District Court.

2.	Plaintiff served the summons and complaint on PFS on November 22, 2021, making the original response due date December 13, 2021.

3.	The parties originally agreed to a 21-day extension of time from December 13, 2021 through January 3, 2022 for PFS to respond to the Complaint.

4.	On January 3, 2022, this action was removed to the United States District Court for the District of Nevada making the response due date January 10, 2022.

5.	Additional time is needed for defense counsel to evaluate the information necessary to respond to the Complaint.  The parties also intend to discuss potential early resolution of this claim.

6.	This stipulation is made in good faith and not for any purpose of delay.

7.	On January 7, 2022, the parties agreed to a short extension of time for PFS to respond to the Complaint through, and until January 18, 2022.

IT IS SO STIPULATED.

Dated: 1/5/2022                    KNEPPER & CLARK LLC

                                    /s/Miles N. Clark
                                    Miles N. Clark
                                    Attorney for Plaintiff
                                    Terry McRunnel

Dated: 1/5/2022                    LINCOLN, GUSTAFSON & CERCOS LLP

                                    /s/Shannon G. Splaine
                                    Shannon G. Splaine, Esq.
                                    Attorney for Defendant
                                    Phoenix Financial Services, LLC

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  1-11-2022