Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV  89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
ttegarden@mcdonaldcarano.com

*Attorneys for Defendant CoreLogic Credco, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY MCRUNNEL,<br><br>Plaintiff,<br><br>v.<br><br>AARGON, INC.; ALLIED COLLECTION SERVICES, INC.; BANK OF HAWAII; CAC FINANCIAL; CORELOGIC CREDCO; FACTOR TRUST; FOX COLLECTION CENTER; MEDICAL DATA SYSTEMS INC.; PARAGON REVENUE GROUP; PHOENIX FINANCIAL SERVICES; and PLUS FOUR INC.,<br><br>Defendants. | Civil No. 2:22-cv-00004-JCM-CVF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

Defendant, CoreLogic Credco, LLC ("Credco") and Plaintiff Terry McRunnel ("Plaintiff"), by and through their undersigned counsel, and pursuant LR IA 6-1, submit the following stipulation to Extend Time to File Responsive Pleading up to and including February 9, 2022. In support of the stipulation, the parties state the following.

1.      On January 3, 2022, Defendant Factor Trust removed this matter to this Court. Credco joined and consented to Factor Trust's Notice and Petition to Remove. [D.E. 1-2].

2.      Pursuant to Fed. R. Civ. P. 81, Credco's deadline to respond to the Complaint is January 10, 2022.

3.      The undersigned counsel for Credco was only recently retained in connection with this matter and is continuing to review the allegations in the Complaint. Therefore, Credco requests additional time to investigate this matter and formulate its responsive pleading.

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

1    4.    Counsel for Plaintiff has agreed to the requested extension and the requested

2    extension will not impact any other deadlines in this case.

3    5.    This is the first request to extend the deadline for Credco to file its responsive

4    pleading.

5    6.    This request for an extension of time is not intended to cause any undue delay or

6    prejudice to any party.

7    Therefore, the parties hereby stipulate that the deadline for Credco to file its responsive

8    pleading shall be extended through February 9, 2022.

9    DATED: January 10, 2022

10   KNEPPER & CLARK LLC                    McDONALD CARANO LLP

11

12   By: *Miles N. Clark*                   By: *Tara U. Teegarden*
        Miles N. Clark, Esq. (NSBN 13848)       Rory T. Kay, Esq. (NSBN 12416)
13      5510 So. Fort Apache Rd, Suite 30       Tara U. Teegarden, Esq. (NSBN 15344)
        Las Vegas, NV 89148                     2300 West Sahara Avenue, Suite 1200
14      miles.clark@knepperclark.com            Las Vegas, Nevada 89102
                                                rkay@mcdonaldcarano.com
15      KRIEGER LAW GROUP                       tteegarden@mcdonaldcarano.com
16      David H. Krieger, Esq. (NSBN 9086)
        2850 W. Horizon Ridge Pkwy., Ste 200    *Counsel for Defendant*
17      Henderson, NV 89052                     *CoreLogic Credco LLC*

18      *Counsel for Plaintiff Leticia Rodriguez*

19

20

21                                            IT IS SO ORDERED.

22

23

24                                            _____
                                              UNITED STATES MAGISTRATE JUDGE
25

26                                                       1-11-2022
                                              DATED:_____
27

28

2

4853-6593-2041, v. 1