**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
CHARLES DESKINS, ESQ.
Nevada Bar #15532
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for PARAGON REVENUE GROUP*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERRY MCRUNNEL,<br><br>  Plaintiff,<br><br>v.<br><br>AARGON, INC; ALLIED COLLECTION SERVICES, INC.; BANK OF HAWAII; CAC FINANCIAL; CORELOGIC CREDCO; FACTOR TRUST; FOX COLLECTION CENTER; MEDICAL DATA SYSTEMS INC; PARAGON REVENUE GROUP; PHOENIX FINANCIAL SERVICES; AND PLUS FOUR INC.,<br><br>  Defendants. | Case No. 2:22-cv-00004-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Paragon Revenue Group ("Defendant"), by and through its counsel of record Alverson Taylor & Sanders, Attorneys at Law, and Plaintiff Terry McRunnel ("Plaintiff"), by and through their counselors of record, David H. Krieger and Miles N. Clark, hereby stipulate and agree to extend the deadline for Defendant to file a response (to answer or otherwise respond) to Plaintiff's Complaint up to and including **February 8, 2022**.

This stipulation is submitted in compliance with LR IA 6-1.

This is the parties' first request for extension of the deadline.

1                                                                                          KRB/27563

The parties affirm that the requested extension is sought in good faith and not for the purposes of delay.

**The parties advise the Court that the parties continue to seek informal resolution during this extension period, and that the extension may facilitate resolution.**

DATED this 18th day of January, 2022.

| KNEPPER & CLARK LLC | ALVERSON TAYLOR & SANDERS |
|---|---|
| /s/Miles N. Clark_____ | /s/ Kurt R. Bonds_____ |
| MILES N. CLARK | KURT R. BONDS, ESQ. |
| Nevada Bar #13848 | Nevada Bar #6228 |
| 5510 S. Fort Apache Road, Suite 30 | CHARLES DESKINS, ESQ. |
| Las Vegas, NV 89148 | Nevada Bar #15532 |
| (702)856-7430 | 6605 Grand Montecito Parkway Suite 200 |
| (702)447-8048 Fax | Las Vegas, Nevada 89149 |
| Miles.clark@knepperclark.com | efile@alversontaylor.com |
| *Counsel for Plaintiff* | (702) 384-7000 |
| | *Attorneys for* |
| | *PARAGON REVENUE GROUP* |

## ORDER

Based upon the Stipulation of the parties and good cause appearing, Defendant is hereby submitted to respond (to answer or otherwise respond) to Plaintiff's Complaint on or before February 8, 2022.

DATED this 20th day of January, 2022.

_____
United States Magistrate Judge

N:\CLIENTS\27500\27563\pleading\SAO for extension of Time to Respond.doc