Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV  89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
ttegarden@mcdonaldcarano.com

*Attorneys for Defendant CoreLogic Credco, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY MCRUNNEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AARGON, INC.; ALLIED COLLECTION SERVICES, INC.; BANK OF HAWAII; CAC FINANCIAL; CORELOGIC CREDCO; FACTOR TRUST; FOX COLLECTION CENTER; MEDICAL DATA SYSTEMS INC.; PARAGON REVENUE GROUP; PHOENIX FINANCIAL SERVICES; and PLUS FOUR INC.,<br><br>　　　　Defendants. | Civil No. 2:22-cv-00004-JCM-CVF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br>**(Second Request)** |

　　　　Defendant, CoreLogic Credco, LLC ("Credco") and Plaintiff Terry McRunnel ("Plaintiff"), by and through their undersigned counsel, and pursuant LR IA 6-1, submit the following stipulation to Extend Time to File Responsive Pleading up to and including March 2, 2022. In support of the stipulation, the parties state the following:

　　　　1.　　On January 3, 2022, Defendant Factor Trust removed this matter to this Court. Credco joined and consented to Factor Trust's Notice and Petition to Remove. [ECF Nos. 1-2].

　　　　2.　　On January 10, 2022, the Parties filed their first Stipulation and Order for Extension of Time for Defendant to File Responsive Pleading. [ECF No. 13].

　　　　3.　　The Court granted the Parties stipulation and set Credco's responsive pleading deadline as February 9, 2022. [ECF No. 16].

　　　　4.　　Upon review of the Complaint, Credco determined that it was not the proper CoreLogic entity with respect to Plaintiff's claims. The proper CoreLogic entity is CoreLogic

Teletrack. Credco communicated this issue to Plaintiff's counsel and the Parties have tentatively agreed to move to amend the Complaint to name CoreLogic Teletrack. The parties are currently drafting a joint motion to amend the Complaint, which would obviate Credco's need to file a responsive pleading and to participate in this action.

5.   Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

6.   This is the second request to extend the deadline for Credco to file its responsive pleading.

7.   This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

8.   Therefore, the parties hereby stipulate that the deadline for Credco to file its responsive pleading shall be extended through March 2, 2022.

DATED: February 9, 2022

KNEPPER & CLARK LLC

By: *Miles N. Clark*
    Miles N. Clark, Esq. (NSBN 13848)
    5510 So. Fort Apache Rd, Suite 30
    Las Vegas, Nevada 89148
    miles.clark@knepperclark.com

KRIEGER LAW GROUP
David H. Krieger, Esq. (NSBN 9086)
2850 W. Horizon Ridge Pkwy., Ste 200
Henderson, Nevada 89052

*Counsel for Plaintiff Leticia Rodriguez*

McDONALD CARANO LLP

By: *Tara U. Teegarden*
    Rory T. Kay, Esq. (NSBN 12416)
    Tara U. Teegarden, Esq. (NSBN 15344)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    rkay@mcdonaldcarano.com
    tteegarden@mcdonaldcarano.com

*Counsel for Defendant
CoreLogic Credco LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-15-2022

2

4853-6593-2041, v. 1