Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff Terry McRunnel*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY MCRUNNEL,<br><br>    Plaintiff,<br><br>v.<br><br>AARGON, INC.; ALLIED COLLECTION SERVICES, INC.; BANK OF HAWAII; CAC FINANCIAL; CORELOGIC CREDCO; FACTOR TRUST; FOX COLLECTION CENTER; MEDICAL DATA SYSTEMS INC.; PARAGON REVENUE GROUP; PHOENIX FINANCIAL SERVICES; and PLUS FOUR INC.,<br><br>    Defendants. | Case No. 2:22-cv-00004-JCM-CVF<br><br>**JOINT MOTION BETWEEN PLAINTIFF AND DEFENDANT CORELOGIC CREDCO TO FILE FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: November 16, 2021 |

Plaintiff Terry McRunnel ("Plaintiff") and Defendant CoreLogic Credco, LLC ("Credco"), by and through their counsel of record (together, the "Parties"), hereby move jointly to amend the Complaint to substitute Defendant CoreLogic Credco for the proper party defendant, CoreLogic Teletrack. In support of their Motion, the Parties state as follows:

Upon review of the Complaint, Credco determined that the proper CoreLogic entity at issue in this action is CoreLogic Teletrack. Credco informed Plaintiff that CoreLogic Teletrack should be named as defendant and Plaintiff agreed to amend the Complaint.

CoreLogic Teletrack is owned and operated by a separate entity, Equifax Inc., and is a separate entity from CoreLogic Credco. Therefore, Plaintiff further agrees to serve CoreLogic Teletrack pursuant to Fed. R. Civ. P. 4(c) once the First Amended Complaint is docketed. The proposed First Amended Complaint is attached hereto as Exhibit 1. Credco consents to the proposed First Amended Complaint with respect to the substitution of CoreLogic Teletrack for Credco only. Credco does not take any position with respect to the other portions of the proposed First Amended Complaint that seek to add Trans Union LLC as a defendant or amend other allegations in the Complaint. The Parties also respectfully request that CoreLogic Credco be dismissed and terminated from this matter.

DATED: February 28, 2022.

**[signatures included on following page]**

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 3

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **MCDONALD CARRANO** |
| /s/ *Miles N. Clark* | /s/ *Tara U. Teegarden* |
| Miles N. Clark, Esq. | Rory T. Kay, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12416 |
| 5510 So. Fort Apache Rd, Suite 30 | Tara U. Teegarden, Esq. |
| Las Vegas, NV 89148 | Nevada Bar No. 15344 |
| Email: miles.clark@knepperclark.com | 2300 West Sahara Avenue, Suite 1200 |
| | Las Vegas, Nevada 89102 |
| **KRIEGER LAW GROUP, LLC** | rkay@mcdonaldcarano.com |
| David H. Krieger, Esq. | tteegarden@mcdonaldcarano.com |
| Nevada Bar No. 9086 | |
| 2850 W. Horizon Ridge Pkwy., Ste 200 | *Counsel for Defendant* |
| Henderson, NV 89052 | *CoreLogic Credco, LLC* |
| *Counsel for Plaintiff Terry McRunnel* | |

**ORDER GRANTING JOINT MOTION TO AMEND COMPLAINT**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this ____ day of _____ 2022.

*McRunnel v. Aargon, Inc., et al.*
*Case No. 2:22-cv-00004-JCM-CVF*

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

3 of 3