Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502  S Fort Apache Rd, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kreigerlawgroup.com

*Counsel for Plaintiff*
*Terry McRunnel*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY MCRUNNEL,<br><br>Plaintiff,<br><br>v.<br><br>AARGON AGENCY, INC.; ALLIED COLLECTION SERVICES, INC.; BANK OF HAWAII; CAC FINANCIAL CORP.; CORELOGIC TELETRACK; FACTOR TRUST, INC., MEDICAL DATA SYSTEMS INC.; PHOENIX FINANCIAL SERVICES; and PLUSFOUR, INC.,<br><br>Defendants. | Case No. 2:22-cv-00004-JCM-VCF<br><br>**NOTICE OF SETTLEMENT WITH CAC FINANCIAL CORP.**<br><br>Complaint filed:  January 3, 2022 |

PLEASE TAKE NOTICE that Plaintiff Terry McRunnel and Defendant CAC Financial Corp. ("CAC"), have reached a tentative settlement. The parties anticipate dismissing all remaining claims of any kind and anticipate filing a Stipulation for Dismissal of the Action, with prejudice, within 60 days. The parties request that all pending dates and filing requirements be vacated and that the Court set a deadline, sixty days from the present date, for filing a dismissal of CAC.

DATED: April 6, 2022.

**KNEPPER & CLARK LLC**

/s/ *Miles N. Clark*
Miles N. Clark, Esq.
Nevada Bar No. 13848
5510 So. Fort Apache Road, Suite 30
Las Vegas, NV 89148
Email: miles.clark@knepperclark.com

**KRIEGER LAW GROUP, LLC**
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
5502 S Fort Apache Road, Suite 200
Las Vegas, NV 89148
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Counsel for Plaintiff*
*Terry McRunnel*

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2022, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT WITH CAC FINANCIAL CORP.,** was served via the U.S. District Court's CM/ECF electronic filing system to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC