1 GIA N. MARINA
Nevada Bar No. 15276
2 **CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
3 Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
4 Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
5 *Attorney for Defendant*
*Corelogic Teletrack*
6

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY MCRUNNEL,<br><br>              Plaintiff,<br><br>vs.<br><br>AARGON AGENCY, INC.; ALLIED COLLECTION SERVICES, INC.; BANK OF HAWAII; CAC FINANCIAL CORP.; CORELOGIC TELETRACK; FACTOR TRUST, INC.; FOX COLLECTION CENTER; MEDICAL DATA SYSTEMS INC.; PARAGON REVENUE GROUP; PHOENIX FINANCIAL SERVICES; and PLUS FOUR, INC.,<br><br>              DefendantS. | **Case No. 2:22-cv-00004-JCM-VCF**<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT CORELOGIC TELETRACKTO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Corelogic Teletrack ("Teletrack") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Teletrack's time to answer, move or otherwise respond to the Complaint in this action is extended from April 13, 2022 through and including **May 13, 2022**.  The request was made by Teletrak so that it can have an opportunity to collect and review its internal files pertaining

/ /

to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 11TH day of April, 2022.

| | |
|---|---|
| CLARK HILL PLLC | ***No opposition*** |
| By: /s/*Gia N. Marina*<br>Gia N, Marina<br>Nevada Bar No. 15276<br>3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: gmarina@clarkhill.com<br><br>*Attorney for Defendant Corelogic Teletrack* | By: /s/*David H. Krieger*<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn Miller, Esq.<br>Nevada Bar No. 7825<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Blvd., Suite 200<br>Henderson, NV 89052<br>Phone: (702) 848-3855<br>Fax: (702) 385-5518<br>Email: dkrieger@kriegerlawgroup.com<br>Email: smiller@kriegerlawgroup.com<br><br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Phones: (702) 856-7430<br>Fax: (702) 447-8048<br>Email: miles.clark@knepperclark.com<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  4-22-22

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 11TH day of April, 2022, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com