Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
5502 S Fort Apache Road, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*
*Terry McRunnel*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY MCRUNNEL, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED COLLECTION SERVICES, INC.; BANK OF HAWAII; CAC FINANCIAL CORP.; CORELOGIC TELETRACK; FACTOR TRUST, INC., MEDICAL DATA SYSTEMS INC.; and PLUSFOUR, INC., <br><br> Defendants. | Case No. 2:22-cv-00004-JCM-VCF <br><br> **STIPULATION OF DISMISSAL OF DEFENDANT CAC FINANCIAL CORP., WITH PREJUDICE** <br><br> Complaint filed: January 3, 2022 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant CAC Financial Corp., from the above-captioned action, with prejudice.

///

Each party will bear its own fees and costs.

DATED: July 26, 2022.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
| /s/ *Miles N. Clark* | /s/ *Kurt R. Bonds* |
| Miles N. Clark, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 6228 |
| 5510 So. Fort Apache Rd, Suite 30 | 6605 Grand Montecito Parkway, Suite 200 |
| Las Vegas, NV 89148 | Las Vegas, NV 89149 |
| Email: miles.clark@knepperclark.com | Email: kbonds@alversontaylor.com |
| **KRIEGER LAW GROUP, LLC** | *Counsel for Defendant* |
| David H. Krieger, Esq. | *CAC Financial Corp* |
| Nevada Bar No. 9086 | |
| 5502 S. Fort Apache Rd, Suite 200 | |
| Las Vegas, NV 89148 | |
| Email: dkrieger@kriegerlawgroup.com | |
| *Counsel for Plaintiff* | |
| *Terry McRunnel* | |
| **GORDON REES SCULLY MANSUKHANI LLP** | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** |
| /s/ *Sean P. Flynn* | /s/ *Rachael Swernofsky* |
| Joshua Y. Ang, Esq. | Rachael Swernofsky, Esq. |
| Nevada Bar No. 14026 | Nevada Bar No. 15465 |
| Sean P. Flynn, Esq. | 2001 Bryan Street, Suite 1800 |
| Nevada Bar No. 15408 | Dallas, TX 75201 |
| 300 South Fourth Street, Suite 1550 | Email: rswernofsky@qslwm.com |
| Las Vegas, NV 89101 | |
| Email: jang@grsm.com | **ALVERSON TAYLOR & SANDERS** |
| Email: sflynn@grsm.com | Kurt R. Bonds, Esq. |
| | Nevada Bar No. 6228 |
| *Counsel for Defendant* | 6605 Grand Montecito Parkway, Suite 200 |
| *Allied Collection Services, Inc.* | Las Vegas, NV 89149 |
| | Email: kbonds@alversontaylor.com |
| | *Counsel for Defendant* |
| | *Factor Trust, Inc.* |

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 3

**SHUMWAY VAN**

/s/ *Garrett R. Chase*
Garrett R. Chase, Esq.
Nevada Bar No. 14498
8985 S. Eastern Avenue, Suite 100
Las Vegas, NV 89123
Email: garrett@shumwayvan.com

*Counsel for Defendant
PlusFour, Inc.*

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF CAC FINANCIAL CORP, WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED July 27, 2022

*McRunnel v. Aargon Agency, Inc. et al*
*Case No. 2:22-cv-00004-JCM-VCF*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

3 of 3