Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
5502 S Fort Apache Road, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*
*Terry McRunnel*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRY MCRUNNEL, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED COLLECTION SERVICES, INC.; BANK OF HAWAII; CAC FINANCIAL CORP.; CORELOGIC TELETRACK; FACTOR TRUST, INC., and MEDICAL DATA SYSTEMS INC., <br><br> Defendants. | Case No. 2:22-cv-00004-JCM-VCF <br><br> **STIPULATION OF DISMISSAL OF DEFENDANT ALLIED COLLECTION SERVICES, INC., WITH PREJUDICE** <br><br> Complaint filed: January 3, 2022 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Allied Collection Services, Inc., from the above-captioned action, with prejudice.

///

Each party will bear its own fees and costs.

DATED: July 28, 2022.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **GORDON REES SCULLY MANSUKHANI LLP** |
| /s/ *Miles N. Clark* | /s/ *Sean P. Flynn* |
| Miles N. Clark, Esq. | Joshua Y. Ang, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 14026 |
| 5510 So. Fort Apache Rd, Suite 30 | Sean P. Flynn, Esq. |
| Las Vegas, NV 89148 | Nevada Bar No. 15408 |
| Email: miles.clark@knepperclark.com | 300 South Fourth Street, Suite 1550 |
| | Las Vegas, NV 89101 |
| **KRIEGER LAW GROUP, LLC** | Email: jang@grsm.com |
| David H. Krieger, Esq. | Email: sflynn@grsm.com |
| Nevada Bar No. 9086 | *Counsel for Defendant* |
| 5502 S. Fort Apache Rd, Suite 200 | *Allied Collection Services, Inc.* |
| Las Vegas, NV 89148 | |
| Email: dkrieger@kriegerlawgroup.com | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** |
| *Counsel for Plaintiff* | |
| *Terry McRunnel* | /s/ *Rachael Swernofsky* |
| | Rachael Swernofsky, Esq. |
| **ALVERSON TAYLOR & SANDERS** | Nevada Bar No. 15465 |
| | 2001 Bryan Street, Suite 1800 |
| /s/ *Kurt R. Bonds* | Dallas, TX 75201 |
| Kurt R. Bonds, Esq. | Email: rswernofsky@qslwm.com |
| Nevada Bar No. 6228 | |
| 6605 Grand Montecito Parkway, Suite 200 | **ALVERSON TAYLOR & SANDERS** |
| Las Vegas, NV 89149 | Kurt R. Bonds, Esq. |
| Email: kbonds@alversontaylor.com | Nevada Bar No. 6228 |
| | 6605 Grand Montecito Parkway, Suite 200 |
| *Counsel for Defendant* | Las Vegas, NV 89149 |
| *CAC Financial Corp* | Email: kbonds@alversontaylor.com |
| | *Counsel for Defendant* |
| | *Factor Trust, Inc.* |

**ORDER GRANTING
STIPULATION OF DISMISSAL OF ALLIED COLLECTION SERVICES, INC., WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED August 4, 2022