**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800, Plano, TX 75024
(214) 560-5443
(214) 871-2111 Fax
rswernofsky@qslwm.com
*Counsel for FactorTrust, Inc.*

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERRY MCRUNNEL, | Case No. 2:22-cv-00004-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FACTORTRUST, INC.** |
| AARGON, INC., ALLIED COLLECTION SERVICES, INC., BANK OF HAWAII, CAC FINANCIAL CORP., CORELOGIC TELETRACK, FACTOR TRUST, INC., FOX COLLECTION CENTER, MEDICAL DATA SYSTEMS INC., PARAGON REVENUE GROUP, PHOENIX FINANCIAL SERVICES, and PLUS FOUR, INC., | |
| Defendants. | |

Plaintiff Terry McRunnel, and Defendant FactorTrust, Inc. file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Terry McRunnel and FactorTrust, Inc. to be determined by this Court. Plaintiff and FactorTrust, Inc. hereby stipulate that all claims and causes of action that were or could have been asserted against FactorTrust, Inc. are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Dated: September 7, 2022

**IT IS SO ORDERED**

*/s/ James C. Mahan*
**HONORABLE JAMES C. MAHAN**
UNITED STATE DISTRICT JUDGE

1

5598495.1

Dated: September 2, 2022

| | |
|---|---|
| */s/ Rachael Swernofsky* | */s/ Miles N. Clark* |
| Rachael Swernofsky | David H. Krieger |
| Nevada Bar No. 15465 | Nevada Bar No. 9086 |
| rswernofsky@qslwm.com | dkrieger@hainesandkrieger.com |
| Quilling Selander Lownds | Krieger Law Group, LLC |
| Winslett & Moser, P.C. | 5502 S. Fort Apache Road, Suite 200 |
| 6900 N. Dallas Parkway, Suite 800 | Las Vegas, NV 89148 |
| Plano, TX 75024 | (702) 880-5554 |
| (214) 560-5443 | (702) 383-5518 Fax |
| (214) 871-2111 Fax | and |
| **Counsel for FactorTrust, Inc.** | Miles N. Clark, |
| | Nevada Bar No. 13848 |
| | miles.clark@knepperclark.com |
| | Knepper & Clark LLC |
| | 5510 So. Fort Apache Rd., Suite 30 |
| | Las Vegas, NV 89148 |
| | (702) 825-6060 |
| | (702) 447-8048 Fax |
| | **Counsel for Plaintiff** |

5598495.1