# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| Terry McRunnel,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Aragon, Inc., et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00004-JCM-MDC<br><br>**ORDER** |

This case is two years old. Discovery is closed. ECF No. 31. The parties have not filed anything in this case since 2022.

**IT IS ORDERED** that by **August 16, 2024**, the parties shall file either:

1. An amended stipulated discovery plan and scheduling order in conformance with LR 26-1; OR

2. A stipulation to dismiss this case.

3. Failure to comply with this order may result in a report and recommendation that this case be dismissed.

Dated: August 2, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　United States Magistrate Judge