1  Miles N. Clark, Esq.
   Nevada Bar No. 13848
2  LAW OFFICES OF MILES N. CLARK, LLC
   5510 S. Fort Apache Rd, Suite 30
3  Las Vegas, NV 89148
   Phone: (702) 856-7430
4  Fax: (702) 552-2370
   Email: miles@milesclarklaw.com
5

6  *Counsel for Plaintiff. Terry McRunnel*

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF NEVADA**

9  TERRY MCRUNNEL,                          Case No. 2:22-cv-00004-JCM-MDC

10             Plaintiff,                    **STIPULATION AND          ORDER
                                             OF DISMISSAL OF CORELOGIC
11     v.                                    TELETRACK, WITH PREJUDICE**

12 BANK OF HAWAII; CORELOGIC                 Complaint filed:  January 3, 2022
   TELETRACK; and MEDICAL DATA
13 SYSTEMS INC.,                             Assigned to Hon. Judge James C. Mahan

14             Defendants.

15

16     PLEASE TAKE NOTICE that Plaintiff Terry McRunnel ("Plaintiff") and Defendant

17 CoreLogic Teletrack ("CoreLogic") hereby stipulate and agree that the above-entitled action shall

18 be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii).

19
       There are no longer any issues in this matter between Plaintiff and CoreLogic to be
20
   determined by this Court. Plaintiff and CoreLogic hereby stipulate that all claims and causes of
21
   action that were or could have been asserted against CoreLogic are hereby dismissed with
22

23

24

25

26

27
   //
28

prejudice, with court costs to be paid by the party incurring same.

**IT IS SO STIPULATED.**
DATED: August 8, 2024.

| **LAW OFFICES OF MILES N. CLARK, LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Gia Marina* |
| Miles N. Clark, Esq. | Gia Marina, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 15276 |
| 5510 So. Fort Apache Rd, Suite 30 | 1700 S Pavilion Center Drive, Suite 500 |
| Las Vegas, NV 89148 | Las Vegas, Nevada 89135 |
| Email: miles@milesclarklaw.com | Email: gmarina@clarkhill.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Teletrack, LTD., sued as CoreLogic Teletrack* |

## <u>ORDER GRANTING</u>
## <u>STIPULATION OF DISMISSAL OF CORELOGIC TELETRACK, WITH PREJUDICE</u>

**IT IS SO ORDERED.**

DATED:   August 9, 2024

_____
U.S. DISTRICT COURT JUDGE

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system

*McRunnel v. Aargon Agency, Inc. et al*
*Case No. 2:22-cv-00004-JCM-MDC*

LAW OFFICES OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430
www.milesclarklaw.com

2 of 2